# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERROL FARRAR

NO. 2021 KW 1026

**OCTOBER 18, 2021**

---

In Re:    Errol Farrar, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          474,320.

---

**BEFORE:    LANIER, WOLFE, AND BURRIS,[1] JJ.**

   **WRIT DENIED.  Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct.
1390, 206 L.Ed.2d 583 (2020), does not apply retroactively to
relator whose conviction and sentence were final at the time the
decision was rendered.  Accordingly, the district court did not
err by denying the application for postconviction relief.

                         **WIL**
                         **EW**
                         **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.